COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

 

                                        NO.
2-07-209-CV

 

 

SHARLA STEPHENS CUMMINS                                              APPELLANT

 

                                                   V.

 

WM SPECIALTY LLC                                                               APPELLEE

 

                                              ------------

 

            FROM
THE 48TH DISTRICT COURT OF TARRANT COUNTY

 

                                              ------------

 

                                MEMORANDUM
OPINION[1]

 

                                              ------------








Sharla Stephens Cummins a/k/a
Sharla Stephens Cummins Phillips is attempting to appeal a home equity
foreclosure order.  An order granting a
home equity foreclosure application is not appealable.[2]  Although appellant has responded to our
jurisdictional inquiry, she has not stated a ground for continuing the
appeal.  Accordingly, we dismiss the
appeal for want of jurisdiction.[3] 

PER CURIAM

PANEL D: 
CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

DELIVERED:  
August 16, 2007                            

 











[1]See Tex. R. App. P. 47.4.





[2]Tex. R. Civ. P. 736.8(A); Grant‑Brooks
v. FV‑1, Inc., 176 S.W.3d 933, 933 (Tex. App.CDallas
2005, pet. denied).





[3]See Tex. R. App. P. 43.2(f).